IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COREY HOUSEY,

    Plaintiff,

v.

KILOLO KAJAKAZI, Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-37

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 1, 2021, Report and Recommendation, (doc. 21), to which plaintiff has not filed an objection.  Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court, AFFIRMS the Acting Commissioner's final decision, and DIRECTS the Clerk of Court to CLOSE this case and enter final judgment in favor of the Acting Commissioner.

**SO ORDERED**, this 17th day of September, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA